April 12, 2018

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

    Re:  *State of California, et al. v. The Little Sisters of the Poor, et al.*
         Ninth Circuit Case Numbers: 18-15144, 18-15166, and 18-15255
         District Court Case Number: CV 4:17-cv-05783-HSG

Dear Clerk Dwyer:

The Parties hereby consent to the filing of briefs by any prospective amicus curiae in support of any or no party in this case, provided the amicus briefs are timely filed and otherwise comply with the rules.

                                                               Sincerely,

| | |
|---|---|
| Kevin H. Theriot | /s/ Mark L. Rienzi |
| Kenneth J. Connelly | Mark L. Rienzi |
| ALLIANCE DEFENDING FREEDOM | Eric C. Rassbach |
| 15100 North 90th Street | Lori H. Windham |
| Scottsdale, Arizona 85260 | Diana M. Verm |
| (480) 444-0020 | Daniel Ortner |
| | THE BECKET FUND FOR |
| Gregory S. Baylor |    RELIGIOUS LIBERTY |
| Christen M. Price | 1200 New Hampshire Avenue N.W. |
| ALLIANCE DEFENDING FREEDOM |    Suite 700 |
| 440 First Street N.W. Suite 600 | Washington, D.C. 20036 |
| Washington, D.C. 20001 | (202) 955-0095 |
| (202) 393-8690 | |
| | *Counsel for the Little Sisters of the Poor* |
| Brian R. Chavez-Ochoa | *(Case No. 18-15144)* |
| CHAVEZ-OCHOA LAW OFFICES, INC. | |
| 4 Jean Street, Suite 4 | |
| Valley Springs, California 95252 | |
| (209) 772-3013 | |

*Counsel for March for Life*
*(Case No. 18-15166)*

Xavier Becerra
  *Attorney General of California*
Julie W. Weng Gutierrez
  *Senior Assistant Attorney General*
Kathleen Boergers
  *Supervising Deputy Attorney General*
Karlie Eisenberg
R. Matthew Wise
  *Deputy Attorneys General*
Max Carter Obertsone
  *Associate Deputy Solicitor General*
CALIFORNIA DEPARTMENT OF JUSTICE
Office of the California Attorney General
*Attorneys for the Plaintiff State of California*

Matthew P. Denn
  *Attorney General of Delaware*
Ilona Kirshon
  *Deputy State Solicitor*
Jessica M. Willey
David J. Lyons
  *Deputy Attorneys General*
*Attorneys for the Plaintiff State of Delaware*

Brian E. Frosh
  *Attorney General of Maryland*
Carolyn A. Quattrocki
  *Deputy Attorney General*
Steven M. Sullivan
  *Solicitor General*
Kimberly S. Cammarata
  *Director, Health Education and Advocacy*
MARYLAND OFFICE OF THE ATTORNEY GENERAL
*Attorneys for Plaintiff the State of Maryland*

Eric T. Schneiderman
  *Attorney General of New York*
Lisa Landau
  *Bureau Chief, Health Care Bureau*
Sara Haviva Mark
  *Special Counsel*
Elizabeth Chesler
  *Assistant Attorney General*
*Attorneys for Plaintiff the State of New York*

Mark R. Herring
  *Attorney General of Virginia*
Samuel T. Towell
  *Deputy Attorney General*
*Attorneys for Plaintiff the Commonwealth of Virginia*


Matthew M. Collette
Lowell V. Sturgill, Jr.
Catherine H. Dorsey
Jaynie Lilley
Karen Schoen
  *Attorneys, Appellate Staff*
U.S. DEPARTMENT OF JUSTICE
Civil Division, Room 7241
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 514-3427

*Counsel for the Federal Defendants (Case No. 18-15255)*