# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 17, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  The Little Sisters of the Poor Jeanne Jugan Residence
          v. California, et al.
          No. 18-1192
          (Your No. 18-15144, 18-15166, 18-15255)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                                      Sincerely,

                                      **Scott S. Harris**, Clerk